100 P.3d 606

# SUPREME COURT OF HAWAI'I

**November 16, 2004**

| | | |
|---|---|---|
| 24639, 24657 | Doe v. Doe | Affirmed |

**November 17, 2004**

| | | |
|---|---|---|
| 24847 | State v. Copperud | Affirmed, Vacated and Remanded |

**November 24, 2004**

| | | |
|---|---|---|
| 25196 | Christian v. State | Affirmed |
| 23719 | Garcia v. Ferreira; County of Maui ex rel. Director of Finance v. Ferreira | Affirmed |